**No. 59633.**—Joseph Victori & Co., Inc. *v.* United States, protest 200702–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of peppers, pickled in vinegar, similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.,* and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

**No. 59634.**—George Beurhaus & Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 253453–K, 242768–K, and 245507–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of pumpkin seed kernels similar in all material respects to those the subject of *George Beurhaus Co.* and *Hoyt, Shepston & Sciaroni* v. *United States* (32 Cust. Ct. 269, C. D. 1612), the claim of the plaintiffs was sustained.

**No. 59635.**—W. F. Mackay *v.* United States, protests 22018–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of wild rice similar in all material respects to that the subject of *V. W. Davis* v. *United States* (10 Cust. Ct. 189, C. D. 751), the claim of the plaintiff was sustained.

**No. 59636.**—A. Sahadi & Co., Inc. *v.* United States, protest 229261–K (New York).

Opinion by DONLON, J. At the trial, the collector's letter of transmittal was received in evidence. Said letter states that the merchandise is properly dutiable at 17½ percent under paragraph 775, as modified, *supra,* but that the time prescribed in section 515 of the tariff act for review of the liquidation had expired without action by the collector. On the record presented, the claim of the plaintiff was sustained.